IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | | |
|---|---|---|
| SUSAN MARPLE, individually and as purported class representative, and STEPHANIE WORRELL, individually and as a purported class representative, | ) ) ) ) | Case No. 10-CV-00954 10-CV-00955 10-CV-00956 |
| Plaintiffs, | ) ) | 10-CV-00957 10-CV-00958 |
| v. | ) ) | 10-CV-00959 10-CV-00960 |
| T-MOBILE CENTRAL LLC, | ) ) | 10-CV-00961 10-CV-00962 |
| Defendant. | ) ) | 10-CV-00963 |

**PLAINTIFFS' UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**

Plaintiffs, Susan Marple and Stephanie Worrell (hereinafter "Plaintiffs") and the members of each putative class in each action set forth in the caption above, submit their Unopposed Motion for Extension of Time to Respond to Defendant T-Mobile's (hereinafter "T-Mobile") Motion to Compel Arbitration or in the alternative, for a Stay of Proceedings pending the Supreme Court's Decision in *AT&T v. Concepcion,* (hereinafter "Motion to Compel"). In support of their motion, pursuant to Fed. R. Civ. P. 6(b)(1), Plaintiffs state as follows:

1. The current deadline for filing a response to T-Mobile's Motion to Compel is December 30, 2010.

2. Plaintiffs have not sought any prior extension of time for this deadline.

3. Plaintiffs seek this thirty-day extension in light of the holidays and other pressing matters to which they must attend in the month of January 2011.

4. Counsel for T-Mobile has been consulted and does not oppose Plaintiffs

request for extension.

        5.      The requested extension of time will not affect any deadline.

WHEREFORE, Plaintiffs move for an order granting them until January 28, 2011 to file its Response to T-Mobile's Motion to Compel.

.

Respectfully submitted,

ROUSE HENDRICKS GERMAN MAY PC
By: /s/ William D. Beil
    Kirk T. May      #31657
    William D. Beil    #33922
    ROUSE HENDRICKS GERMAN MAY PC
    1201 Walnut Street, 20th Floor
    Kansas City, MO 64106
    Telephone: (816) 471-7700
    Facsimile: (816) 471-2221
    Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 29th day of December, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/* William D. Beil
Attorney for Plaintiffs