IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | | |
|---|---|---|
| SUSAN MARPLE, individually and as purported class representative, and STEPHANIE WORRELL, individually and as a purported class representative, | ) ) ) ) | Case No. 10-CV-00954 10-CV-00955 10-CV-00956 |
| Plaintiffs, | ) ) | 10-CV-00957 10-CV-00958 |
| v. | ) ) | 10-CV-00959 10-CV-00960 |
| T-MOBILE CENTRAL LLC, | ) ) | 10-CV-00961 10-CV-00962 |
| Defendant. | ) ) | 10-CV-00963 |

**PLAINTIFFS' UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**

Plaintiffs, Susan Marple and Stephanie Worrell (hereinafter "Plaintiffs") and the members of each putative class in each action set forth in the caption above, pursuant to Fed. R. Civ. P. 6(b)(1) submit their Unopposed Motion for Extension of Time to Respond to Defendant T-Mobile's (hereinafter "T-Mobile") Motion to Compel Arbitration or in the alternative, for a Stay of Proceedings pending the Supreme Court's Decision in *AT&T v. Concepcion,* (hereinafter "Motion to Compel"). Plaintiffs seek an extension to respond to T-Mobile's motion to Tuesday, January 18, 2011, in light of the federal holiday on Monday, January 17, 2011. In support of their motion, Plaintiffs state as follows:

1. The current deadline for filing a response to T-Mobile's Motion to Compel is January 13, 2011.

2. Plaintiffs have sought one prior extension of time for this deadline.

3. Plaintiffs seek this extension due to the fact that Mr. May was called out

of town on a family matter and Mr. Beil must attend to pressing legal matters which cannot be moved.

4. Counsel for T-Mobile has been consulted and does not oppose Plaintiffs request for extension.

5. The requested extension of time will not affect any deadline.

WHEREFORE, Plaintiffs move for an order granting them until January 18, 2011 to file their Response to T-Mobile's Motion to Compel.

.

Respectfully submitted,

ROUSE HENDRICKS GERMAN MAY PC
By: ____/s/ William D. Beil_____
    Kirk T. May    #31657
    William D. Beil    #33922
    ROUSE HENDRICKS GERMAN MAY PC
    1201 Walnut Street, 20th Floor
    Kansas City, MO 64106
    Telephone: (816) 471-7700
    Facsimile: (816) 471-2221
    Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of January, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

    /s/ William D. Beil
    Attorney for Plaintiffs