IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | | |
|---|---|---|
| SUSAN MARPLE, individually and as purported class representative, and STEPHANIE WORRELL, individually and as a purported class representative, | ) ) ) ) | Case No. 10-CV-00954 10-CV-00955 10-CV-00956 |
| Plaintiffs, | ) ) | 10-CV-00957 10-CV-00958 |
| v. | ) ) | 10-CV-00959 10-CV-00960 |
| T-MOBILE CENTRAL LLC, | ) ) | 10-CV-00961 10-CV-00962 |
| Defendant. | ) ) | 10-CV-00963 |

**PLAINTIFFS' UNOPPOSED
MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN
RESPONSE TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**

Plaintiffs, Susan Marple and Stephanie Worrell (hereinafter "Plaintiffs") and the members of each putative class in each action set forth in the caption above, submit their Unopposed Motion for Leave to Exceed Page Limit in Response to Defendant T-Mobile's (hereinafter "T-Mobile") Motion to Compel Arbitration or in the alternative, for a Stay of Proceedings pending the Supreme Court's Decision in *AT&T v. Concepcion,* (hereinafter "Motion to Compel"). In support of their motion, pursuant to Rule 7.0(f) of this Court's Local Rules, Plaintiffs state as follows:

1. Local Rule 7.0(f) provides that suggestions in opposition to a motion shall be limited to no more than 15 pages unless otherwise authorized by the Court.

2. The Court granted T-Mobile's request to exceed the 15-page limit for its suggestions in support of the motion.

3. Plaintiffs respectfully seek leave to file its suggestion in opposition to T-

Mobile's Motion to Compel of no longer than 22 pages, which is the same number of pages, the Court granted T-Mobile for its suggestions in support of the motion.

    4.  Plaintiffs seek this relief because of the complexity of this issue and the additional briefing T-Mobile was granted.

    5.  Counsel for T-Mobile has been consulted and does not oppose Plaintiffs request to exceed the page limit.

  WHEREFORE, Plaintiffs move for an order granting them leave to exceed the 15-page limit for its suggestions in opposition to T-Mobile's Motion to Compel.

.

        Respectfully submitted,

        ROUSE HENDRICKS GERMAN MAY PC
        By:____/s/ William D. Beil_____
         Kirk T. May  #31657
         William D. Beil #33922
         ROUSE HENDRICKS GERMAN MAY PC
         1201 Walnut Street, 20th Floor
         Kansas City, MO 64106
         Telephone: (816) 471-7700
         Facsimile: (816) 471-2221
         Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this 13th day of January, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

        */s/* William D. Beil
        Attorney for Plaintiffs